**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| BENJAMIN LEE HENDRICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:15-cv-01319 |
| | ) | Judge Trauger |
| WILLIAMSON COUNTY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 28, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 82), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1.      The plaintiff's request to withdraw his lawsuit under Rule 41(a)(2), Federal Rules of Civil Procedure (Docket No. 73), is GRANTED, and the plaintiff is permitted to voluntarily dismiss this action without prejudice.

2.      The SHPD defendants' Motion to Dismiss this action with prejudice (Docket No. 74) is DENIED.

3.      All other motions in this action are DENIED as moot in light of the dismissal.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 3rd day of August 2016.

_____
ALETA A. TRAUGER
U.S. District Judge